# Appendix A

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 1 | 3.01 | Round Brilliant | I | SI2 |
| 2 | 1.03 | Pear Modified Brilliant | Fancy Intense Purple-Pink | I1 |
| 3 | 0.51 | Pear Modified Brilliant | Fancy Vivid Yellow | VS1 |
| 4 | 0.53 | Pear Modified Brilliant | Fancy Vivid Yellow | IF |
| 5 | 1.06 | Emerald Cut | I | VVS2 |
| 6 | 5.19 | Emerald Cut | J | VS2 |
| 7 | 5.32 | Cushion Brilliant | D | SI2 |
| 8 | 4.15 | Round Brilliant | E | VS1 |
| 9 | 2.89 | Round Brilliant | E | IF |
| 10 | 1.05 | Round Brilliant | E | VS2 |
| 11 | 1.04 | Marquise Brilliant | D | VS2 |
| 12 | 1.01 | Round Brilliant | E | VS2 |
| 13 | 0.95 | Pear Brilliant | D | SI2 |
| 14 | 0.36 | Pear Modified Brilliant | Fancy Purple-Pink | VS2 |
| 15 | 1.67 | Cushion Modified Brilliant | Light Yellow-Green | SI1 |
| 16 | 1.71 | Pear Modified Brilliant | Light Pink | VVS2 |
| 17 | 1.04 | Round Brilliant | Fancy Deep Brownish Yellowish Orange | VS2 |
| 18 | 1.05 | Pear Modified Brilliant | Fancy Deep Yellowish Orange | I1 |
| 19 | 3.07 | Cushion Modified Brilliant | Fancy Vivid Orangy Yellow | SI1 |
| 20 | 3.46 | Round Brilliant | E | IF |
| 21 | 1.44 | Partially Faceted Rectangle | Fancy Dark Green-Gray | |
| 22 | 2.79 | Partially Faceted Rectangle | Fancy Light Yellowish Green | |
| 23 | 10.19 | Cut-Cornered Rectangular Modified Brilliant | Fancy Brownish Greenish Yellow | SI2 |
| 24 | 10.25 | Emerald Cut | I | VS2 |
| 25 | 10.12 | Emerald Cut | I | VS2 |
| 26 | 2.07 | Pear Brilliant | Fancy Vivid Orangy Yellow | VS1 |
| 27 | 1.56 | Heart Brilliant | E | VS1 |
| 28 | 2.08 | Square Modified Brilliant | H | VS1 |
| 29 | 2.1 | Square Modified Brilliant | H | VS1 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 30 | 1.24 | Pear Modified Brilliant | Fancy Light Brownish Pink | VS1 |
| 31 | 3.27 | Pear Modified Brilliant | Fancy Orangy Pink | VVS2 |
| 32 | 2.13 | Cut-Cornered Rectangular Modified Brilliant | Fancy Light Brownish Pink | SI2 |
| 33 | 3.09 | Cushion Modified Brilliant | Fancy Light Orangy Pink | VS2 |
| 34 | 2.53 | Round Brilliant | E | FL |
| 35 | 4.1 | Pear Modified Brilliant | D | IF |
| 36 | 6.2 | Cushion Modified Brilliant | Fancy Deep Yellow | VS1 |
| 37 | 1.2 | Round Modified Brilliant | Fancy Deep Greenish Yellow | VS2 |
| 38 | 1.17 | Cushion Brilliant | Fancy Deep Brownish Greenish Yellow | I2 |
| 39 | 3.11 | Cut-Cornered Rectangular Modified Brilliant | Fancy Deep Orangy Yellow | VS2 |
| 40 | 1.2 | Emerald Cut | Fancy Vivid Yellow | VS1 |
| 41 | 1.07 | Cut-Cornered Rectangular Modified Brilliant | Fancy Intense Green | SI2 |
| 42 | 2.68 | Cut-Cornered Rectangular Modified Brilliant | Fancy Light Yellowish Green | VS2 |
| 43 | 5.11 | Cushion Mixed Cut | Fancy Intense Blue | VS2 |
| 44 | 3.15 | Round Modified Brilliant | Fancy Orange-Brown | SI2 |
| 45 | 3.01 | Cushion Brilliant | Fancy Dark Gray | VS1 |
| 46 | 0.63 | Cut-Cornered Rectangular Step Cut | Fancy Deep Yellow-Orange | SI1 |
| 47 | 1.54 | Emerald Cut | Fancy Light Brownish Greenish Yellow | VS2 |
| 48 | 5.14 | Cushion Modified Brilliant | Fancy Deep Yellow | SI1 |
| 49 | 3.03 | Cushion Modified Brilliant | Fancy Deep Orangy Yellow | VS2 |
| 50 | 5.13 | Cushion Modified Brilliant | Fancy Intense Yellow | SI2 |
| 51 | 4.06 | Emerald Cut | D | IF |
| 52 | 1.04 | Round Brilliant | D | VVS1 |
| 53 | 1.36 | Round Brilliant | D | IF |
| 54 | 1.24 | Pear Modified Brilliant | Fancy Vivid Yellow | VVS1 |
| 55 | 6.04 | Emerald Cut | Fancy Vivid Orangy Yellow | VVS1 |
| 56 | 6.49 | Oval Brilliant | D | VVS1 |
| 57 | 5.13 | Emerald Cut | Fancy Brownish Yellow | IF |
| 58 | 5.02 | Cushion Modified Brilliant | N | SI2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 59 | 45.56 | Pear Modified Brilliant | Fancy Vivid Pink | VVS1 |
| 60 | 4.1 | Pear Modified Brilliant | D | IF |
| 61 | 3.04 | Emerald Cut | D | IF |
| 62 | 2.07 | Pear Brilliant | D | IF |
| 63 | 2.03 | Square Emerald Cut | Fancy Vivid Yellow | IF |
| 64 | 2.07 | Square Emerald Cut | Fancy Vivid Yellow | VS1 |
| 65 | 5.01 | Round Brilliant | H | VS1 |
| 66 | 0.54 | Pear Modified Brilliant | Fancy Light Brownish Pink | SI1 |
| 67 | 5.05 | Square Emerald Cut | Fancy Intense Yellow | VS1 |
| 68 | 4.06 | Emerald Cut | | |
| 69 | 20.27 | Round Brilliant | D | IF |
| 70 | 1.2 | Round Brilliant | D | VVS1 |
| 71 | 3.04 | Cut-Cornered Rectangular Modified Brilliant | Fancy Vivid Orangy Yellow | VS2 |
| 72 | 2.08 | Cushion Modified Brilliant | Fancy Light Grayish Greenish Yellow | VS2 |
| 73 | 2.07 | Round Brilliant | D | FL |
| 74 | 4.01 | Oval Modified Brilliant | Fancy Yellow | VVS2 |
| 75 | 6.49 | Oval Brilliant | D | IF |
| 76 | 4.02 | Round Brilliant | Faint Yellow-Green | VS2 |
| 77 | 20.27 | Round Brilliant | D | IF |
| 78 | 3.08 | Round Brilliant | D | IF |
| 79 | 20.27 | Round Brilliant | D | FL |
| 80 | 1.51 | Oval Modified Brilliant | Fancy Gray-Blue | SI2 |
| 81 | 15.7 | rough | Fancy Light Gray | |
| 82 | 1.19 | Pear Brilliant | D | SI1 |
| 83 | 9.09 | Pear Brilliant | D | SI2 |
| 84 | 6.56 | Round Brilliant | D | IF |
| 85 | 3.04 | Emerald Cut | D | FL |
| 86 | 4.05 | Cut-Cornered Rectangular Modified Brilliant | Fancy Vivid Yellow | SI1 |
| 87 | 10.43 | Emerald Cut | Fancy Deep Yellow | VS2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 88 | 1.33 | Round Brilliant | D | IF |
| 89 | 1.01 | Heart Modified Brilliant | Fancy Intense Yellowish Orange | VS2 |
| 90 | 10.88 | Round-Cornered Rectangular Modified Brilliant | Fancy Light Pink | VS2 |
| 91 | 3.27 | Pear Modified Brilliant | Fancy Orangy Pink | VVS2 |
| 92 | 2.07 | Pear Brilliant | D | FL |
| 93 | 8.12 | Partially Faceted Triangle | Fancy Grayish Yellowish Green | |
| 94 | 6.15 | Partially Faceted Rectangle | Fancy Yellow-Green | |
| 95 | 4.08 | Pear Modified Brilliant | Fancy Light Gray-Blue | VS1 |
| 96 | 6.11 | Oval Modified Brilliant | Fancy Gray | VVS1 |
| 97 | 6.56 | Round Brilliant | D | VVS1 |
| 98 | 4.06 | Cushion Modified Brilliant | Fancy Pink | VS2 |
| 99 | 4.06 | Emerald Cut | D | IF |
| 100 | 6.47 | Round Brilliant | D | FL |
| 101 | 1.03 | Cut-Cornered Rectangular Modified Brilliant | Fancy Intense Yellow | VS2 |
| 102 | 10.32 | Emerald Cut | Fancy Deep Yellow | VS2 |
| 103 | 5.52 | Pear Brilliant | D | VVS1 |
| 104 | 20.74 | Round Brilliant | D | IF |
| 105 | 21.47 | Round Brilliant | D | VVS1 |
| 106 | 8.75 | Rough | Fancy Light Gray-Yellowish Green | |
| 107 | 4.26 | Partially Faceted Round | Fancy Light Gray | |
| 108 | 2.93 | rough | Fancy Light Grayish Greenish Yellow | |
| 109 | 4.02 | Round Brilliant | Faint Yellow-Green | VS2 |
| 110 | 2.08 | Cushion Modified Brilliant | Fancy Light Grayish Greenish Yellow | VS2 |
| 111 | 3.03 | Cut-Cornered Rectangular Modified Brilliant | Fancy Pink-Purple | I3 |
| 112 | 3.11 | Cushion Modified Brilliant | Fancy Light Brown | SI2 |
| 113 | 1.91 | Cushion Modified Brilliant | K | VS2 |
| 114 | 0.57 | Cushion Modified Brilliant | Fancy Deep Orange-Yellow | I3 |
| 115 | 0.5 | Cushion Modified Brilliant | Fancy Brown-Pink | I2 |
| 116 | 1.86 | Pear Brilliant | Fancy Dark Gray-Greenish Yellow | VS2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 117 | 0.6 | Cushion Modified Brilliant | Fancy Vivid Orangy Yellow | VS1 |
| 118 | 0.52 | Cushion Modified Brilliant | Fancy Light Pink-Brown | VS2 |
| 119 | 10.13 | Emerald Cut | Fancy Deep Yellow | VS1 |
| 120 | 1.02 | Pear Brilliant | D | VVS1 |
| 121 | 1.08 | Round Brilliant | D | VVS1 |
| 122 | 1.89 | Emerald Cut | D | IF |
| 123 | 3.87 | Emerald Cut | D | IF |
| 124 | 1.03 | Pear Brilliant | D | VVS1 |
| 125 | 3.18 | Heart Brilliant | D | VVS1 |
| 126 | 6.56 | Round Brilliant | D | IF |
| 127 | 3.36 | Partially Faceted Cushion | Very Light Yellow-Green | |
| 128 | 3.67 | Partially Faceted Pear | Very Light Green-Yellow | |
| 129 | 3.12 | Cushion Modified Brilliant | Fancy Vivid Blue | SI1 |
| 130 | 14.36 | Round Brilliant | Fancy Vivid Yellow | VVS2 |
| 131 | 14.01 | Pear Brilliant | E | IF |
| 132 | 1.48 | Partially Faceted Rectangle | Fancy Dark Greenish Gray | |
| 133 | 5.39 | partially polished rough | Fancy Light Grayish Yellowish Green | |
| 134 | 4.23 | Partially Faceted Cushion | Fancy Light Brownish Yellow | |
| 135 | 5.07 | Cut-Cornered Square Modified Brilliant | Light Yellow-Green | |
| 136 | 1.02 | Pear Brilliant | D | IF |
| 137 | 3.16 | Heart Brilliant | D | IF |
| 138 | 1.19 | Pear Brilliant | D | VS2 |
| 139 | 8.11 | Partially Faceted Shield | Fancy Grayish Yellowish Green | |
| 140 | 2.78 | Rough | Fancy Light Grayish Yellowish Green | |
| 141 | 1.04 | Pear Brilliant | H | IF |
| 142 | 1.32 | Pear Modified Brilliant | Very Light Pink | VVS1 |
| 143 | 3.6 | Pear Modified Brilliant | Fancy Vivid Blue | SI1 |
| 144 | 10.02 | Round-Cornered Square Modified Brilliant | Fancy Intense Yellow | VS2 |
| 145 | 1.08 | Emerald Cut | Fancy Dark Pink-Brown | VS2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 146 | 2.06 | Pear Modified Brilliant | Fancy Vivid Yellow | IF |
| 147 | 2.51 | Round Brilliant | E | VS1 |
| 148 | 5.52 | | | |
| 149 | 1.01 | Pear Brilliant | D | IF |
| 150 | 1.08 | Round Brilliant | D | VVS1 |
| 151 | 1.89 | Emerald Cut | D | IF |
| 152 | 3.87 | Emerald Cut | D | IF |
| 153 | 20.74 | Round Brilliant | D | IF |
| 154 | 21.46 | Round Brilliant | D | VVS1 |
| 155 | 3.43 | rough | Fancy Green | |
| 156 | 4.04 | Emerald Cut | D | FL |
| 157 | 8.1 | Cut-Cornered Rectangular Modified Brilliant | Fancy Brownish Greenish Yellow | SI1 |
| 158 | 9.15 | Pear Modified Brilliant | Y-Z | SI2 |
| 159 | 0.93 | Cut-Cornered Square Modified Brilliant | Fancy Yellow-Green | |
| 160 | 6.31 | rough | Fancy Brown-Greenish Yellow | |
| 161 | 1.17 | Pear Brilliant | D | VVS1 |
| 162 | 5.27 | Cut-Cornered Rectangular Modified Brilliant | Fancy Brownish Yellow | VS2 |
| 163 | 7.51 | Cut-Cornered Square Modified Brilliant | Fancy Yellow | SI1 |
| 164 | 1.15 | Emerald Cut | D | VVS1 |
| 165 | 2.52 | Modified Rectangular Brilliant | Fancy Brownish Purple-Pink | I3 |
| 166 | 3.08 | Cushion Modified Brilliant | Fancy Vivid Blue | VS2 |
| 167 | 1.53 | Cushion Modified Brilliant | Fancy Light Bluish Green | VVS2 |
| 168 | 5.88 | Oval Modified Brilliant | Fancy Gray | VVS1 |
| 169 | 3.11 | Round Brilliant | D | VS2 |
| 170 | 6.59 | Partially Faceted Rectangle | Fancy Grayish Greenish Yellow | |
| 171 | 3.08 | Cushion Modified Brilliant | Fancy Vivid Orange-Yellow | VS2 |
| 172 | 5.17 | Cut-Cornered Rectangular Modified Brilliant | Fancy Intense Yellow | SI2 |
| 173 | 7.08 | Cut-Cornered Rectangular Modified Brilliant | Fancy Intense Yellow | VS1 |
| 174 | 1.17 | Cushion Modified Brilliant | Fancy Purple-Pink | IF |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 175 | 20.74 | Round Brilliant | D | FL |
| 176 | 5.03 | Cushion Modified Brilliant | Fancy Dark Greenish Gray | VVS2 |
| 177 | 1.12 | Emerald Cut | D | IF |
| 178 | 9.23 | Round Brilliant | F | FL |
| 179 | 1.11 | Emerald Cut | D | VVS1 |
| 180 | 3.92 | Partially Faceted Cushion | J | SI1 |
| 181 | 3.06 | Cushion Modified Brilliant | Light Yellow-Green | SI1 |
| 182 | 2.19 | Cut-Cornered Rectangular Modified Brilliant | Fancy Intense Yellow | I2 |
| 183 | 1.26 | Cut-Cornered Rectangular Modified Brilliant | Fancy Light Yellow | VVS2 |
| 184 | 1.11 | Cushion Modified Brilliant | N | SI1 |
| 185 | 2.41 | Pear Modified Brilliant | Very Light Yellow-Green | VVS2 |
| 186 | 1.88 | Emerald Cut | D | IF |
| 187 | 21.46 | Round Brilliant | | VVS1 |
| 188 | 2.36 | Pear Modified Brilliant | Fancy Deep Yellow | VS1 |
| 189 | 3.07 | Cut-Cornered Square Modified Brilliant | I | VS1 |
| 190 | 3.08 | Cushion Modified Brilliant | Fancy Light Greenish Yellow | VS2 |
| 191 | 3.07 | Cushion Modified Brilliant | Fancy Deep Yellow | VS2 |
| 192 | 5.16 | Pear Modified Brilliant | Fancy Greenish Yellow | VS2 |
| 193 | 5.15 | Round-Cornered Rectangular Modified Brilliant | Fancy Light Greenish Yellow | VS2 |
| 194 | 1 | Cushion Modified Brilliant | Fancy Vivid Yellow | VS1 |
| 195 | 1.05 | Round Brilliant | Fancy Intense Yellow | VS1 |
| 196 | 0.72 | Emerald Cut | Fancy Vivid Orangy Yellow | VS1 |
| 197 | 1.05 | Round Brilliant | Fancy Vivid Yellow | VS2 |
| 198 | 2.57 | Cushion Modified Brilliant | I | VVS2 |
| 199 | 0.72 | Cushion Modified Brilliant | Fancy Deep Yellowish Orange | I2 |
| 200 | 1.01 | Cushion Modified Brilliant | Fancy Deep Brownish Yellowish Orange | I1 |
| 201 | 1.22 | Pear Modified Brilliant | Fancy Deep Brownish Orangy Yellow | SI1 |
| 202 | 1.51 | Heart Brilliant | Fancy Dark Brown-Greenish Yellow | I1 |
| 203 | 1.61 | Pear Modified Brilliant | Fancy Dark Gray-Greenish Yellow | SI1 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 204 | 2.79 | Cushion Modified Brilliant | Fancy Dark Gray-Greenish Yellow | VVS1 |
| 205 | 1.01 | Cushion Modified Brilliant | Fancy Intense Purplish Pink | SI1 |
| 206 | 3.51 | Pear Modified Brilliant | Fancy Vivid Blue | VS2 |
| 207 | 3.87 | Emerald Cut | D | IF |
| 208 | 1.89 | Emerald Cut | D | IF |
| 209 | 1.02 | Pear Brilliant | D | IF |
| 210 | 20.72 | | | |
| 211 | 21.46 | | | |
| 212 | 5.61 | Rough | Fancy Light Grayish Bluish Green | |
| 213 | 4.79 | Partially Faceted Rectangle | Fancy Intense Green-Yellow | |
| 214 | 2.58 | Cushion Modified Brilliant | Fancy Intense Orangy Pink | VS1 |
| 215 | 1.03 | Cushion Modified Brilliant | Fancy Pinkish Purple | I3 |
| 216 | 3.54 | Cushion Modified Brilliant | E | VS2 |
| 217 | 7.28 | Emerald Cut | D | IF |
| 218 | 7.1 | Round Brilliant | D | IF |
| 219 | 1.02 | Pear Brilliant | D | IF |
| 220 | 7.28 | Emerald Cut | D | FL |
| 221 | 7.1 | Round Brilliant | D | IF |
| 222 | 21.86 | Pear Brilliant | D | IF |
| 223 | 6.37 | Round Brilliant | D | VS1 |
| 224 | 1.04 | Pear Brilliant | D | IF |
| 225 | 21.86 | Pear Brilliant | D | FL |
| 226 | 3.04 | Pear Modified Brilliant | D | SI1 |
| 227 | 1.04 | Round Brilliant | Very Light Green-Yellow | I2 |
| 228 | 0.6 | Oval Modified Brilliant | Fancy Intense Greenish Yellow | VS2 |
| 229 | 2.14 | Round-Cornered Rectangular Modified Brilliant | Fancy Pink | VS2 |
| 230 | 7.1 | Round Brilliant | D | FL |
| 231 | 1.12 | Pear Brilliant | D | IF |
| 232 | 6.47 | Pear Brilliant | D | FL |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 233 | 0.36 | Pear Brilliant | D | IF |
| 234 | 0.64 | Cushion Modified Brilliant | Fancy Yellow | I1 |
| 235 | 1.1 | Round Brilliant | D | FL |
| 236 | 1.11 | Pear Brilliant | D | IF |
| 237 | 1.13 | Emerald Cut | D | IF |
| 238 | 2.44 | rough | Fancy Pink | |
| 239 | 20.55 | Pear Modified Brilliant | Fancy Dark Brown-Greenish Yellow | VS1 |
| 240 | 0.91 | Pear Brilliant | Fancy Light Brownish Yellow | SI1 |
| 241 | 10.1 | Pear Modified Brilliant | Fancy Brownish Yellow | VS2 |
| 242 | 4.77 | Partially Faceted Rectangle | Fancy Intense Green-Yellow | |
| 243 | 1.01 | | Light Gray | |
| 244 | 1.12 | Round Brilliant | D | IF |
| 245 | 1.02 | Emerald Cut | D | IF |
| 246 | 7.76 | Cushion Modified Brilliant | Fancy Intense Yellow | VVS1 |
| 247 | 8.14 | Cushion Modified Brilliant | Fancy Intense Yellow | VVS2 |
| 248 | 9.57 | Cushion Modified Brilliant | Fancy Light Yellow | VS1 |
| 249 | 8.22 | Cushion Modified Brilliant | Fancy Yellow | VS1 |
| 250 | 10.05 | Round Brilliant | F | IF |
| 251 | 4.02 | Round Brilliant | E | VS2 |
| 252 | 2.42 | Pear Brilliant | Fancy Brownish Greenish Yellow | VVS2 |
| 253 | 3.09 | Emerald Cut | Fancy Brownish Yellow | VVS1 |
| 254 | 1.61 | Round Brilliant | L | SI1 |
| 255 | 2.5 | Round Brilliant | K | VVS1 |
| 256 | 3.03 | Emerald Cut | F | VVS2 |
| 257 | 2.11 | Oval Brilliant | D | IF |
| 258 | 1.01 | Round Brilliant | H | VS2 |
| 259 | 1.01 | Emerald Cut | E | SI1 |
| 260 | 2.01 | Round Brilliant | F | SI2 |
| 261 | 1.42 | Round Brilliant | E | SI1 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 262 | 2.11 | Oval Brilliant | | IF |
| 263 | 2.33 | Round Brilliant | I | VS1 |
| 264 | 1.02 | Round Brilliant | I | SI1 |
| 265 | 3.04 | Pear Brilliant | D | IF |
| 266 | 3.07 | Round Brilliant | G | VS1 |
| 267 | 2.3 | Round Brilliant | F | VS1 |
| 268 | 0.61 | Round Brilliant | J | I1 |
| 269 | 0.96 | Round Brilliant | D | SI2 |
| 270 | 1.01 | Round Brilliant | I | VVS2 |
| 271 | 1.01 | Round Brilliant | E | VS2 |
| 272 | 1.03 | Round Brilliant | G | SI2 |
| 273 | 1.33 | Round Brilliant | D | VS2 |
| 274 | 1.76 | Round Brilliant | F | VVS1 |
| 275 | 2.02 | Emerald Cut | F | VVS1 |
| 276 | 2.1 | Round Brilliant | F | VVS2 |
| 277 | 2.18 | Round Brilliant | G | VVS1 |
| 278 | 0.33 | Marquise Brilliant | D | SI1 |
| 279 | 0.92 | Round Brilliant | E | SI2 |
| 280 | 1.76 | Cushion Modified Brilliant | G | SI1 |
| 281 | 2.11 | Round Brilliant | G | VVS2 |
| 282 | 2.02 | Round Brilliant | F | SI1 |
| 283 | 2.03 | Round Brilliant | E | VS2 |
| 284 | 1.02 | Round Brilliant | F | VS2 |
| 285 | 3.06 | Emerald Cut | H | VVS1 |
| 286 | 3.04 | Round Brilliant | H | VVS2 |
| 287 | 1.53 | Round Brilliant | G | VS1 |
| 288 | 1.01 | Round Brilliant | H | VVS2 |
| 289 | 3.02 | Round Brilliant | H | VS2 |
| 290 | 1.01 | Round Brilliant | I | VVS2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 291 | 2.04 | Round Brilliant | D | VVS1 |
| 292 | 2.04 | Emerald Cut | E | VS1 |
| 293 | 3.02 | Round Brilliant | F | VS1 |
| 294 | 3.01 | Round Brilliant | E | VS1 |
| 295 | 2.05 | Pear Brilliant | D | IF |
| 296 | 1.02 | Oval Brilliant | E | IF |
| 297 | 3.04 | Round Brilliant | G | VS1 |
| 298 | 2.02 | Round Brilliant | G | VVS2 |
| 299 | 2.04 | Round Brilliant | I | VVS2 |
| 300 | 2.17 | Round Brilliant | G | IF |
| 301 | 2.17 | Round Brilliant | G | IF |
| 302 | 2.7 | Round Brilliant | G | VVS2 |
| 303 | 2.2 | Round Brilliant | D | IF |
| 304 | 2.03 | Round Brilliant | D | VVS1 |
| 305 | 2.02 | Round Brilliant | I | VS1 |
| 306 | 0.7 | Round Brilliant | H | VS2 |
| 307 | 3.02 | Round Brilliant | F | VVS2 |
| 308 | 2.01 | Round Brilliant | I | SI2 |
| 309 | 2.11 | Round Brilliant | E | IF |
| 310 | 3.1 | Round Brilliant | J | VVS2 |
| 311 | 3.01 | Round Brilliant | J | SI1 |
| 312 | 2.8 | Emerald Cut | H | VS1 |
| 313 | 3.01 | Round Brilliant | E | SI1 |
| 314 | 2.01 | Round Brilliant | E | VS2 |
| 315 | 3.01 | Round Brilliant | K | VS1 |
| 316 | 2.02 | Round Brilliant | F | VVS2 |
| 317 | 1.04 | Oval Brilliant | G | VVS2 |
| 318 | 1.8 | Round Brilliant | G | VS1 |
| 319 | 1.16 | Round Brilliant | E | IF |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 320 | 1.51 | Round Brilliant | H | VS1 |
| 321 | 1.25 | Round Brilliant | G | VS2 |
| 322 | 2.03 | Round Brilliant | D | IF |
| 323 | 3.01 | Round Brilliant | H | VS2 |
| 324 | 2.02 | Round Brilliant | G | VS1 |
| 325 | 1.01 | Round Brilliant | E | VVS2 |
| 326 | 2.05 | Round Brilliant | F | FL |
| 327 | 2.38 | Pear Brilliant | J | VVS1 |
| 328 | 2.2 | Round Brilliant | D | IF |
| 329 | 2.03 | Round Brilliant | D | IF |
| 330 | 2.52 | Round Rose Cut | D | SI1 |
| 331 | 3.01 | Round Brilliant | H | VS2 |
| 332 | 2.05 | Round Brilliant | F | VVS1 |
| 333 | 3.01 | Round Brilliant | G | VS1 |
| 334 | 1.01 | Oval Brilliant | D | VS1 |
| 335 | 1.11 | Round Brilliant | D | VVS1 |
| 336 | 3.02 | Round Brilliant | H | VVS2 |
| 337 | 1.51 | Round Brilliant | F | VS2 |
| 338 | 1.05 | Pear Brilliant | N | IF |
| 339 | 3.51 | Round Brilliant | F | VS1 |
| 340 | 2.35 | Round Brilliant | E | VVS1 |
| 341 | 3.05 | Round Brilliant | D | FL |
| 342 | 3 | Round Brilliant | E | SI1 |
| 343 | 3.41 | Round Brilliant | F | IF |
| 344 | 2.82 | Round Brilliant | J | SI2 |
| 345 | 0.51 | Pear Brilliant | D | IF |
| 346 | 0.9 | Round Brilliant | D | VVS2 |
| 347 | 0.61 | Pear Brilliant | G | VVS1 |
| 348 | 1.54 | Pear Brilliant | D | IF |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 349 | 2.02 | | | |
| 350 | 2.01 | | | |
| 351 | 1.53 | Round Brilliant | D | VVS1 |
| 352 | 1 | Emerald Cut | D | VS2 |
| 353 | 0.6 | | | |
| 354 | 1.51 | | | |
| 355 | 2.02 | Pear Modified Brilliant | Very Light Pink | VS2 |
| 356 | 2.31 | Cushion Modified Brilliant | Fancy Intense Yellow | SI1 |
| 357 | 2.07 | Cushion Modified Brilliant | Fancy Yellow | SI1 |
| 358 | 1.57 | Cushion Modified Brilliant | Fancy Intense Yellow | VS2 |
| 359 | 1.03 | Cushion Modified Brilliant | Fancy Intense Yellow | SI1 |
| 360 | 2.66 | Round Brilliant | H | VS1 |
| 361 | 3.28 | Round Brilliant | E | VVS1 |
| 362 | 0.81 | Round Brilliant | I | SI1 |
| 363 | 1.29 | Round Brilliant | D | IF |
| 364 | 1.51 | Round Brilliant | Fancy Yellow | SI1 |
| 365 | 1.72 | Round Brilliant | D | VS1 |
| 366 | 1.72 | Round Brilliant | D | VS1 |
| 367 | 2.01 | | | |
| 368 | 1.03 | | | |
| 369 | 1.7 | Round Brilliant | E | IF |
| 370 | 0.34 | Pear Brilliant | L | VVS1 |
| 371 | 0.33 | Pear Modified Brilliant | D | SI1 |
| 372 | 0.6 | Emerald Cut | N-A | VS2 |
| 373 | 0.61 | Emerald Cut | D | VVS1 |
| 374 | 1.72 | Round Brilliant | D | VS1 |
| 375 | 1.03 | Round Brilliant | D | SI1 |
| 376 | 0.23 | Round Brilliant | D | VVS1 |
| 377 | 0.45 | Emerald Cut | H | SI2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 378 | 1.03 | Square Modified Brilliant | E | IF |
| 379 | 0.36 | Pear Brilliant | D | SI2 |
| 380 | 2.01 | Round Brilliant | D | VVS1 |
| 381 | 1.02 | Round Brilliant | I | I2 |
| 382 | 0.54 | Pear Brilliant | J | VVS2 |
| 383 | 0.39 | Pear Brilliant | E | VS2 |
| 384 | 0.28 | Emerald Cut | K | VVS1 |
| 385 | 1.01 | Pear Brilliant | N | I1 |
| 386 | 0.3 | Emerald Cut | D | VS1 |
| 387 | 0.3 | Round Brilliant | H | SI2 |
| 388 | 0.58 | Pear Brilliant | G | IF |
| 389 | 1.08 | Round Brilliant | G | VVS2 |
| 390 | 3.75 | | | |
| 391 | 2.02 | Emerald Cut | D | SI1 |
| 392 | 5.02 | Round Brilliant | J | SI2 |
| 393 | 2.01 | Round Brilliant | D | IF |
| 394 | 2.02 | Round Brilliant | L | SI2 |
| 395 | 2.42 | Cushion Modified Brilliant | L | VS2 |
| 396 | 1.68 | Round Brilliant | G | SI1 |
| 397 | 4.07 | Emerald Cut | D | FL |
| 398 | 0.5 | Emerald Cut | M | VVS2 |
| 399 | 0.3 | Cushion Modified Brilliant | G | VS2 |
| 400 | 1 | Round Brilliant | D | VS1 |
| 401 | 1.02 | Round Brilliant | F | SI1 |
| 402 | 1 | Round Brilliant | E | SI1 |
| 403 | 0.41 | Round Brilliant | J | VVS2 |
| 404 | 0.62 | Round Brilliant | G | SI1 |
| 405 | 0.58 | Round Brilliant | D | VVS2 |
| 406 | 0.76 | Round Brilliant | D | SI1 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 407 | 0.59 | Round Brilliant | H | VVS2 |
| 408 | 0.51 | Round Brilliant | G | SI1 |
| 409 | 0.57 | Round Brilliant | D | VVS2 |
| 410 | 1 | Oval Brilliant | D | VS2 |
| 411 | 3.99 | Round Brilliant | J | IF |
| 412 | 0.92 | Pear Modified Brilliant | M | IF |
| 413 | 2.81 | Round Brilliant | O-P | VVS2 |
| 414 | 0.31 | Emerald Cut | D | I1 |
| 415 | 0.73 | Round Brilliant | D | VVS2 |
| 416 | 1.01 | Round Brilliant | D | VVS2 |
| 417 | 1.02 | Round Brilliant | J | VS1 |
| 418 | 1.04 | Cushion Modified Brilliant | D | VVS1 |
| 419 | 1.09 | Cushion Modified Brilliant | G | VS1 |
| 420 | 1.06 | Cushion Brilliant | E | VS1 |
| 421 | 1.04 | Round Brilliant | D | VVS1 |
| 422 | 2.04 | Cut-Cornered Rectangular Modified Brilliant | I | SI1 |
| 423 | 0.62 | Round Brilliant | K | VVS1 |
| 424 | 0.72 | Round Brilliant | D | VS2 |
| 425 | 0.61 | Round Brilliant | E | VS1 |
| 426 | 1.71 | Round Brilliant | I | SI1 |
| 427 | 1.52 | Round Brilliant | J | VS2 |
| 428 | 2.41 | Cushion Modified Brilliant | L | SI2 |
| 429 | 1.07 | Emerald Cut | G | IF |
| 430 | 0.31 | Pear Brilliant | H | VVS2 |
| 431 | 0.32 | Pear Brilliant | D | IF |
| 432 | 0.4 | Pear Brilliant | D | IF |
| 433 | 2.05 | Heart Brilliant | H | VVS2 |
| 434 | 1.29 | Round Brilliant | D | VVS1 |
| 435 | 1.07 | Round Brilliant | D | IF |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 436 | 3.14 | Round Brilliant | K | SI1 |
| 437 | 0.59 | Round Brilliant | G | VS2 |
| 438 | 0.65 | Round Brilliant | D | IF |
| 439 | 1.06 | Cut-Cornered Rectangular Modified Brilliant | J | VS2 |
| 440 | 1.05 | Cut-Cornered Rectangular Modified Brilliant | H | VS2 |
| 441 | 1.12 | Round Brilliant | D | VVS1 |
| 442 | 1.03 | Round Brilliant | E | VVS1 |
| 443 | 1.27 | Round Brilliant | K | SI2 |
| 444 | 1.5 | Round Brilliant | D | SI2 |
| 445 | 2 | Round Brilliant | F | VVS1 |
| 446 | 1.21 | Cushion Modified Brilliant | J | SI1 |
| 447 | 1.09 | Oval Brilliant | D | VVS1 |
| 448 | 0.53 | Round Brilliant | D | VVS1 |
| 449 | 0.71 | Round Brilliant | D | VVS1 |
| 450 | 0.83 | Round Brilliant | I | I1 |
| 451 | 0.5 | Round Brilliant | D | VS1 |
| 452 | 0.4 | Marquise Brilliant | I | SI1 |
| 453 | 0.4 | Round Brilliant | F | VVS2 |
| 454 | 1.05 | Round Brilliant | F | IF |
| 455 | 0.41 | Emerald Cut | D | SI1 |
| 456 | 0.42 | Emerald Cut | F | VS1 |
| 457 | 0.34 | Marquise Brilliant | J | VS1 |
| 458 | 0.31 | Round Brilliant | D | VVS1 |
| 459 | 2.04 | Pear Modified Brilliant | N | VS2 |
| 460 | 2.01 | Oval Brilliant | M | I1 |
| 461 | 2.11 | Round Brilliant | I | VVS2 |
| 462 | 0.46 | Round Brilliant | M | I1 |
| 463 | 1.03 | Round Brilliant | E | SI2 |
| 464 | 3.1 | Round Brilliant | G | VS2 |

| Diamond # | Carat | Cut | Color | Clarity |
|---|---|---|---|---|
| 465 | 3.01 | Oval Modified Brilliant | Fancy Yellow | VS1 |
| 466 | 1.04 | Cushion Modified Brilliant | Fancy Vivid Yellow | FL |
| 467 | 3.08 | Round Brilliant | Fancy Light Yellow | VVS1 |
| 468 | 2.03 | Round Brilliant | D | IF |
| 469 | 1.03 | Round Brilliant | F | VS1 |
| 470 | 1.05 | Round Brilliant | G | SI2 |
| 471 | 0.52 | Round Brilliant | I | VVS1 |
| 472 | 0.53 | Pear Brilliant | E | VS2 |
| 473 | 0.3 | Round Brilliant | E | IF |
| 474 | 2.03 | Emerald Cut | G | VS2 |
| 475 | 3.02 | Emerald Cut | G | VS2 |
| 476 | 0.32 | Round Brilliant | D | VS1 |
| 477 | 0.34 | Emerald Cut | D | IF |
| 478 | 0.4 | Round Brilliant | I | VS1 |
| 479 | 0.3 | Emerald Cut | D | VVS1 |
| 480 | 2.02 | Round Brilliant | I | SI1 |
| 481 | 1.04 | Round Brilliant | D | VVS1 |
| 482 | 0.44 | | | |